AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

WILLIAM PAUL BRADLEY, JR.,

                Plaintiff,

                v.

LOVETT BENNETT, JR., et al.,

                Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:
          6:26-cv-12

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated April 7, 2026, this case is consolidated with civil action number 6:26-cv-11.  All future pleadings shall be filed on the record of case 6:26-cv-11.  This case stands closed.



4/7/2026
_____
Date

John E. Triplett, Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020